# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**ALETHA D. LEWIS**                                                                    **PLAINTIFF**

V.                  **CASE NO.: 3:12CV00157 BD**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration**                                        **DEFENDANT**

## ORDER

Pending is Plaintiff Althea D. Lewis's motion for summary judgment (docket entry #14). Ms. Lewis's motion is denied. The Court will consider Plaintiff's brief in support of the motion for summary judgment (#15) as her brief in support of her complaint.

IT IS SO ORDERED this 14th day of November, 2012.

_____
UNITED STATES MAGISTRATE JUDGE